Brandon Ellison Lvn 1-C #381633
Collin County Detention Facility
4600 Community Avenue
McKinney, Tx 75071

NORTH TEXAS TX P&DC
DALLAS TX 750
22 NOV 2021 PM 2  L



COLLIN COUNTY DETENTION FACILITY

LEGAL DOCUMENT

Paul Brown United States Courthouse
101 East Pecan street Room 216
Sherman, Texas 75090

75090-004199